UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: K & D Hospitality, LLC. | Bankruptcy No. 17-24167-CMB

Chapter 11

## NOTICE OF NO STATEMENT OF OPERATIONS

AND NOW the Debtor, K & D Hospitality, LLC, through counsel Justin P. Schantz, Esquire, files a Declaration of No Cash Flow Statement. In support of this Declaration, the Debtor avers as follows:

1. This declaration relates to the requirements of a Small Business Debtor under 11 USC §1116(1).

2. The Voluntary Chapter 11 Petition filed in this case identifies the Debtor as a Small Business Debtor as defined by 11 USC §101(51D).

3. Pursuant to 11 USC §1116(1), the Debtor must file a Cash Flow Statement, Statement of Operations, and a Balance Sheet, or in the alternative a declaration under penalty of perjury that no such records exist or have been prepared.

4. In this case, a Statement of Operations has not been prepared, and no statement of operations exists beyond the information provided in the Debtor's previously filed 2016 corporate tax return.

5. Attached as Exhibit "A" is an electronically signed declaration by the President of Debtor, Parmod Patel, declaring under penalty of perjury that no cash flow statement, statement of operations, or balance sheet exist.

WHEREFORE, the Debtor so reports.

Date: November 1, 2017                    Respectfully Submitted,

/s/Justin P. Schantz
Justin P. Schantz, Esquire
PA.I.D.No. 210198
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
Fax: (724)-837-0602
jschantz@my-lawyers.us