UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: K & D Hospitality, LLC. | Bankruptcy No. 17-24167-CMB |
| | Chapter 11 |

AMENDED ESTIMATED BUDGET FOR DECEMBER 2017

Income
    Lodging Sales      $30,000

    Total Income      $30,000

Expenses

| | |
|---|---|
| Comcast: cable, wifi,&phone | $2,000.00 |
| Power | $1,800.00 |
| Water & Sewer | $750.00 |
| Waste Management | $75.00 |
| Peoples Gas | $65.00 |
| Payroll | $9,500.00 |
| Payroll processing & Workers comp | $500.00 |
| Room supplies & Breakfast | $700.00 |
| Repair & Maintenance | $100.00 |
| First National Bank (mortgage) | $10,000.00 |
| Property Taxes (escrowed) | $3,500.00 |
| Credit card processing | $150.00 |
| Super 8 Franchise Fee, November | $5,400.00 |
| Total Expenses | $34,540.00 |

    Net Income      ($4,540.00)

NOTE: This estimated budget has been amended to correct a typographical error discovered in the prior version of the budget. The principals of the Debtor expect to have additional information as to whether the listed revenue will increase further within the next week.

Date: November 19, 2017      Respectfully Submitted,

/s/Justin P. Schantz
Justin P. Schantz, Esquire
PA.I.D.No. 210198
David A. Colecchia and Associates

324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
Fax: (724)-837-0602
jschantz@my-lawyers.us