UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: K & D Hospitality, LLC. | Bankruptcy No. 17-24167-CMB |
| | Chapter 11 |

AMENDED ESTIMATED BUDGET FOR FEBRUARY 2018

Income
    Lodging Sales    $25,000

    Total Income    $25,000

Expenses
| | |
|---|---|
| Comcast: cable, wifi,&phone | $2,000.00 |
| Power | $2,300.00 |
| Water & Sewer | $850.00 |
| Peoples Gas | $70.00 |
| Waste Management | $150.00 |
| Breakfast Supplies | $150.00 |
| Super 8 Franchise Fee | $3,360.00 |
| First National Bank (mortgage) | $10,000.00 |
| Property Taxes (escrowed) | $3,500.00 |
| Payroll | $8,000.00 |
| Payroll processing & Workers comp | $500.00 |
| Expedia.com & Booking.com (commission) | $100.00 |
| Total Expenses | $30,980.00 |

    Net Income    ($5,980.00)

NOTE: This budget was amended to correct two typographical errors.  This estimated budget does not account for potential increases in revenue due to longer-term lodging arrangements.  If the Debtor determines there will be additional long-term lodging, then this proposed budget will be amended accordingly.

Date: November 19, 2017    Respectfully Submitted,

    /s/Justin P. Schantz
    Justin P. Schantz, Esquire
    PA.I.D.No. 210198
    David A. Colecchia and Associates

324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
Fax: (724)-837-0602
jschantz@my-lawyers.us